# DAVIDOFF MALITO & HUTCHER LLP

**GARDEN CITY**
200 GARDEN CITY PLAZA
GARDEN CITY, N.Y. 11530
(516) 248-6400

**NEW JERSEY**
744 BROAD STREET, FL. 16
NEWARK, N.J. 07102
(973) 785-0543

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

**ALBANY**
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

**WASHINGTON, D.C.**
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

WRITER'S DIRECT: 646-428-3273
E-MAIL: lms@dmlegal.com

September 6, 2005

<u>Via Facsimile (212-805-7948)</u>

Hon. Richard J. Holwell
United States District Court Judge
United States District Court
500 Pearl Street, Rm. 17B
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/05

RECEIVED
SEP - 6 2005
CHAMBERS OF
RICHARD J. HOLWELL

Re: Lawrence Peter Berra v. Turner Broadcasting System, Inc., et al.
   05 Civ. 2233 (RJH)

Dear Judge Howell:

I am the attorney for the plaintiff in the subject action. This letter is to confirm our arrangement made this day by phone between myself — with the consent of all parties — and your calendar clerk, William Donald, to adjourn the status conference, originally scheduled to be held on September 7, 2005, to October 7, 2005, at 11 a.m. The reason for our request for an adjournment is that the parties have agreed upon a settlement of this case and are in process of finalizing the terms of settlement. If we execute a settlement agreement prior to the rescheduled conference date, we will file a stipulation of dismissal, with a copy to you, as soon thereafter as possible.

Thank you for your kind courtesy in regard to this matter.

Very truly yours,

Lewis M. Smoley

LMS/mn
Enclosures

cc: Christian D. Carbone, Esq.
    Loeb & Loeb,
    Attorneys for Defendants Turner Broadcasting Systems, Inc.,
       Superstation, Inc. and the publisher defendants
    Edward P. Boyle, Esq.
    Hoguet Newman & Regal, LLP
    Attorneys for Defendant Cliff Freeman

00332207

Application Granted
So Ordered
[signature]
USDJ
9/6/05