USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LAWRENCE PETER BERRA, *also known as* Yogi Berra

                    Plaintiff,

-against-

TURNER BROADCASTING SYSTEMS, INC.,

                    Defendants.

-----------------------------------------------------------X

05 Civ. 2233 (RJH)

**ORDER OF DISCONTINUANCE**

      The parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is discontinued without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 60 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 60-day period expires.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED

Dated: New York, New York
       October 5, 2005

                                            Richard J. Holwell
                                            United States District Judge